**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Oberlin RIVERA-MARTINEZ, also known as Oberlin Martinez-Rivera, also known as Carlos Aleyes Flecha, Defendant-Appellant**

**No. 17-50580**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed February 6, 2018

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Oberlin Rivera-Martinez, Pro Se

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Oberlin Rivera-Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. Cali-*

---

*fornia*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rivera-Martinez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.